1

2

3

4                    IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                        FOR THE COUNTY OF WASHINGTON

| | |
|---|---|
| 6  CITY OF BEAVERTON, an Oregon<br>   municipal corporation, | No._____ |
| 7                                 Plaintiff, | |
| 8              vs. | **COMPLAINT**<br>**(Action to Collect Fees; Interest)** |
| 9 | **(Not Subject to Mandatory** |
| 10  COMCAST OF OREGON II, INC., an<br>    Oregon corporation, | **Arbitration – Prayer of**<br>**$3,750,000)** |
| 11                                Defendant. | **Fee Authority:** ORS 21.160(1)(d) |
| 12 | |

13       Plaintiff City of Beaverton, a municipal corporation of the State of Oregon, alleges as

14 follows:

15                              **INTRODUCTION**

16                                    1.

17       No corporation is above the law.  All companies, large and small, must pay their fair

18 share in supporting the infrastructure that allows their entities to operate.  Out of respect for

19 the rule of law and in the spirit of this basic principle of fairness, the City of Beaverton

20 brings this action against Comcast.

21                                    2.

22       In 2016, the City of Beaverton enacted Ordinance No. 4684, a comprehensive

23 ordinance addressing utility facilities in the City's rights-of-way ("ROW Ordinance").  The

24 ROW Ordinance is codified as Chapter 4.15 of the Beaverton Code ("BC").  By enacting the

25 ROW Ordinance, the City ensures that the City's current and ongoing costs of granting and

26 regulating access to and the use of the rights-of-way are fully compensated by the persons

**Page    1 -    COMPLAINT**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON  97201
(503) 295-3085
Fax: (503) 323-9105

EXHIBIT 1, Page 1 of 13

1    and entities seeking such access and causing such costs.  BC 4.15.020(B).  The City's

2    enactment of the ROW Ordinance likewise ensures that all utility companies and other

3    entities providing services within the City comply with the City's ordinances, rules and

4    regulations.  BC 4.15.020(D).

5                                            3.

6            For decades Comcast has provided cable television (video) to Comcast customers

7    within the City.  Comcast has regularly paid the City's current and ongoing costs of granting

8    and regulating access to and the use of the rights-of-way for cable television.  Accordingly,

9    this action does not seek to collect on those fees because Comcast has paid them.  However,

10   starting in the 1990's, technology developed allowing Comcast to provide phone (voice) and

11   internet services to Comcast customers within the City.  At first, the City did not charge

12   Comcast for the increased cost to the City of granting and regulating access to and the use of

13   rights-of-way for voice and internet services to Comcast customers within the City.  As

14   demand for voice and internet services increased in the 2000's, however, Comcast's presence

15   in the rights-of-way became greater and greater.

16                                           4.

17           Prior to the enactment of the ROW Ordinance in 2016, Comcast provided comments,

18   asked questions and otherwise actively participated in public discussions about the proposed

19   new ordinance.

20                                           5.

21           For nearly three years following the enactment of BC 4.15, Comcast refused to pay in

22   full for its use of the City's rights-of-way.  Comcast has paid the rights-of-way fees for cable

23   television (video), pursuant to the 2015 contract between the parties entitled, 'Cable

24   Television Franchise Agreement Between the Jurisdictions participating in the Metropolitan

25   Area Communications Commission and Comcast of Oregon II, Inc."  But Comcast has not

26   paid the rights-of-way fees for phone (voice) or internet services under the ROW Ordinance

**Page    2 -    COMPLAINT**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON  97201
(503) 295-3085
Fax:  (503) 323-9105

1    which is codified as BC 4.15.  Comcast owes the City 5% of its gross revenue from voice and

2    internet services provided in the City from October 2016 to June 2019.  Comcast is in default

3    for failing to pay the 5% fee.  This lawsuit is intended to enforce BC 4.15 against Comcast

4    for the due but unpaid rights-of-way-fee.

5                                                        **PARTIES**

6                                                            6.

7            Plaintiff City of Beaverton ("the City") is an Oregon municipal corporation.

8                                                            7.

9            Defendant Comcast of Oregon II, Inc. ("Comcast") is an Oregon corporation,

10   registered and doing business in Washington County, that operates and provides services to

11   customers in Beaverton, Oregon.

12                                       **VENUE AND JURISDICTION**

13                                                           8.

14           The Circuit Court of the State of Oregon has subject matter jurisdiction pursuant to

15   ORS 30.315.

16                                                           9.

17           A substantial portion of the events giving rise to this action arose in Washington

18   County, Oregon.

19                                          **FACTUAL ALLEGATIONS**

20                                                          10.

21           In 1906, Oregon voters approved the "Home Rule Amendment" to the Oregon

22   Constitution.  Article XI, section 2, of the Oregon Constitution allows cities to claim

23   extensive lawmaking authority through their municipal charters.

24                                                          11.

25           Beaverton City Charter Chapter 2, section 4, Power of the City, provides: "The city

26   shall have all powers which the constitutions, statutes, and common law of the United States

**Page    3 -    COMPLAINT**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON  97201
(503) 295-3085
Fax:  (503) 323-9105

EXHIBIT 1, Page 3 of 13

1   and of this state expressly or impliedly grant or allow municipalities, as fully as though this

2   charter specifically enumerated each of those powers."

3                                    12.

4        Pursuant to Article XI, section 2, of the Oregon Constitution and Chapter 2, section 4

5   of the Beaverton Charter, the City has the legal authority to enact and enforce the ROW

6   Ordinance.

7                                    13.

8        The City may take all action necessary or convenient for the government of its local

9   affairs, unless limited by an express provision or necessary implication of general law.  ORS

10  221.410.

11                                   14.

12       The City is authorized to regulate use of its municipally-owned rights-of-way, and to

13  impose charges upon publicly-owned suppliers of electrical energy, as well as privately-

14  owned suppliers for the use of such rights-of-way.  ORS 221.415.

15                                   15.

16       The City has the power to determine by contract, ordinance, or other means, the terms

17  and conditions upon which any telecommunications carrier may occupy public property

18  within the City.  ORS 221.510(2).

19                                   16.

20       BC 4.15 is intended to: (1) establish clear guidelines, standards, and requirements for

21  all utilities that request to operate within the City's boundaries; (2) ensure local authority to

22  manage the rights-of-way for the health and safety of local residents; and (3) ensure adequate

23  compensation to local taxpayers for private use of publicly-owned rights-of-way.

24                                   17.

25       BC 4.15 defines rights-of-way to mean and include "the space in, upon, above, along,

26  across, over or under the public streets, roads, highways, lanes, courts, ways, alleys,

    boulevards, bridges, trails, paths, sidewalks, bicycle lanes, public utility easements and all

**Page    4 -    COMPLAINT**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON  97201
(503) 295-3085
Fax:  (503) 323-9105

1 other public ways or areas, including the subsurface under and air space over these areas[.]"

2 BC 4.15.050(K).

3           18.

4    Under BC 4.15, no person may engage in any utility services in the City without first

5 registering with the City and paying an annual registration fee (the "Registration Fee").  BC

6 4.15.060.

7           19.

8    Pursuant to BC 4.15.130 (the "ROW Fee"), "[E]very person that owns utility

9 facilities in the City and every person that uses utility facilities in the City to provide utility

10 service, whether or not the person owns the utility facilities used to provide the utility

11 services, shall pay the rights-of-way fee for every utility service provided using the rights-of-

12 way in the amount determined by resolution of the City Council."

13           20.

14    "Person" means and includes "any individual, firm, sole proprietorship, corporation,

15 company, partnership, co-partnership, joint-stock company, trust, limited liability company,

16 association, local service district, governmental entity or other organization, including any

17 natural person or any other legal entity."  BC 4.15.050(G).  Comcast, as a corporation, is a

18 "person" under BC 4.15.

19           21.

20    "Utility service" means "the provision, by means of utility facilities permanently

21 located within, under or above the rights-of-way, whether or not such facilities are owned by

22 the service provider, of electricity, natural gas, *communications services, cable services*,

23 water, sewer or storm sewer to or from customers within the corporate boundaries of the

24 City, or the transmission of any of these services through the City whether or not customers

25 within the City are served by those transmissions."  BC 4.15.050(O) (emphasis added).  As

26 outlined below, Comcast provides "utility service" in the City using the City's rights-of-way.

**Page 5 - COMPLAINT**

**MARKOWITZ HERBOLD PC**
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON  97201
(503) 295-3085
Fax:  (503) 323-9105

22.

"Cable service" is defined as "the one-way transmission to subscribers of: (1) video programming, or (2) other programming service; and subscriber interaction, … which is required for the selection or use of such video programming or other programming service." BC 4.15.050(A).  Comcast provides "cable service" as defined in BC 4.15.050(A).  To date, Comcast has paid in full the rights-of-way fee for its cable services.

23.

"Communications services" means "any service provided for the purpose of transmission of information including, but not limited to, voice, video or data, without regard to the transmission protocol employed, whether or not the transmission medium is owned by the provider itself."  BC 4.15.050(E).

24.

"Communications services" also "includes all forms of telephone services and voice, video, data or information transport, but does not include: (1) cable service; (2) open video system service, as defined in 47 C.F.R. 76; (3) over-the-air radio or television broadcasting to the public-at-large from facilities licensed by the Federal Communications Commission or any successor thereto; (4) public communications systems; and (5) direct-to-home satellite service within the meaning of Section 602 of the Telecommunications Act."  BC 4.15.050(E).  Comcast provides "communications services" as defined in BC 4.15.050(E). Specifically, Comcast's voice and internet services are "communications services."  To date, Comcast has not paid in full the rights-of-way fee for its communications services.

25.

Unless otherwise agreed to in writing by the City, the ROW Fee must be paid quarterly, in arrears, for each quarter during the term of the license within 30 days after the end of each calendar quarter, and shall be accompanied by an accounting of gross revenues, if applicable, and a calculation of the amount payable.  BC 4.15.130(B).

**Page    6 -    COMPLAINT**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON  97201
(503) 295-3085
Fax:  (503) 323-9105

26.

Comcast has not remitted its full ROW Fee payments to the City for voice and internet services for the period of October 1, 2016 to June 30, 2019.

27.

Comcast has remitted ROW Fee payments to the City for voice and internet services for the periods of July 1, 2019 to September 30, 2019; October 1, 2019 to December 31, 2019; and January 1, 2020 to March 31, 2020, in the amounts of $327,988.35, $354,651.06, and $380,666.19, respectively.  Upon information and belief, Comcast paid these quarters because it began passing along the fee to its customers at that time.  However, Comcast refuses to pay past-amounts due that it did not extract from its customers.

28.

The City has demanded that Comcast pay all amounts in arrears under BC Chapter 4.15, including the ROW Fee.  Comcast has not paid these amounts.  Upon information and belief, Comcast owes the City not less than $3.75 million in unpaid ROW Fees, exclusive of interest and penalties.

## FIRST CLAIM FOR RELIEF

## (ORS 30.315)

29.

The City realleges paragraphs 1 through 28 above.

30.

In providing its "utility services," which include "communications services," to the residents of the City, Comcast uses the City's rights-of-way.

31.

Pursuant to BC 4.15.130, as a person that uses utility facilities in the City to provide utility service, Comcast must pay the ROW Fee for every utility service provided using the rights-of-way.

Page       7 -      COMPLAINT

Markowitz Herbold PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON  97201
(503) 295-3085
Fax:  (503) 323-9105

32.

Comcast has failed to make all payments for its use of the City's rights-of-way between October 2016 and June 2019, a period of 32 months.

33.

The City is entitled to collect from Comcast the sum of not less than $3.75 million as the unpaid ROW Fee, for the period of October 2016 through June 2019.

**SECOND CLAIM FOR RELIEF**

**(Interest)**

34.

The City realleges paragraphs 1 through 33 above.

35.

The ROW Fee shall be paid quarterly, in arrears, for each quarter during the term of the license within 30 days after the end of each calendar quarter, unless otherwise agreed to in writing by the City.  BC 4.15.130(F).

36.

As a person "who owns, places, operates or maintains a utility facility within the City," Comcast is a utility operator.  BC 4.15.050(N).

37.

Pursuant to BC 4.15.130(D), a utility operator shall pay interest at a rate of nine percent (9%) per year for any payment made after the due date.

38.

Comcast has failed to make all payments for its use of the City's rights-of-way between October 2016 and June 2019, a period of 32 months.

39.

Pursuant to BC 4.15.130(D), Comcast is required to pay interest, at a rate of .75 % per month on the ROW Fee, from the date each payment was due until paid.

Page     8 -     **COMPLAINT**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON  97201
(503) 295-3085
Fax:  (503) 323-9105

EXHIBIT 1, Page 8 of 13

40.

As of the date of this complaint, the total interest owed by Comcast for its failure to pay the ROW Fee is not less than $625,000.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff requests that this Court:

1. Enter judgment against Comcast for payment of the ROW Fee on the City's first claim for relief in the amount of not less than $3.75 million, or such other amount as may be shown at trial;

2. Enter judgment against Comcast for prejudgment interest on the City's second claim for relief in the amount of .75% per month on the ROW Fee, from the date each payment was due until judgment in this matter; and

3. Award the City such other relief as may be just and equitable in the circumstances.

DATED this 20th day of August, 2020.

MARKOWITZ HERBOLD PC

By:    *s/ Laura Salerno Owens*
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
Anna Marie Joyce, OSB #013112
AnnaJoyce@MarkowitzHerbold.com
Anthony Blake Jr., OSB #163446
AnthonyBlake@MarkowitzHerbold.com

Trial Attorney: Laura Salerno Owens

Of Attorneys for Plaintiff City of Beaverton

1031890

**Page    9 -    COMPLAINT**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON 97201
(503) 295-3085
Fax: (503) 323-9105

EXHIBIT 1, Page 9 of 13

9/1/2020 9:16 AM
20CV28918

# In the Circuit Court of the State of Oregon
# For the County of Washington

| | | |
|---|---|---|
| CITY OF BEAVERTON, an Oregon municipal corporation, | ) ) | No.  20CV28918 |
| Plaintiff, | ) | **SUMMONS** |
| vs. | ) | |
| COMCAST OF OREGON II, INC., an Oregon corporation, | ) ) | |
| Defendant. | ) | |

*TO:*   Comcast of Oregon II, Inc.
c/o Mark P. Trinchero
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201

*Defendant*

*You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.*

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within **30 days** along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately.  If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Laura Salerno Owens                                                         076230
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)              BAR NO. (IF ANY)

TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED)                    BAR NO.

| | |
|---|---|
| *STATE OF OREGON* | ) |
| | ) *ss.* |
| *County of Multnomah* | ) |

*I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.*

ATTORNEY OF RECORD FOR PLAINTIFF(S)

*TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.*

ATTORNEY(S) FOR PLAINTIFF(S)

**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
(503) 295-3085

# PROOF OF SERVICE

*STATE OF* _____ )
                                        ) *ss.*
*County of* _____ )

    *I hereby certify that I made service of the foregoing summons upon  by delivering or leaving true copies of said summons and the complaint mentioned therein, certified to be such by the attorney for the plaintiff, as follows:*

**Personal Service Upon Individual**
    *By delivering such true copy to him/her, personally and in person at* _____
_____ ,
*on* _____, 20____, at _____ o'clock ___M.

**Substituted Service Upon Individual**
    *By delivering such true copy at his/her dwelling house or usual place of abode, to-wit:* _____
_____ ,
*to* _____ ,
*who is a person over the age of 14 years and a member of the household of the person served on* , 20____, at _____ o'clock ___M.

**Office Service Upon Individual**
    *At the office which he/she maintains for the conduct of business at* _____
_____ ,
*by leaving such true copy with* _____
_____, the person
*who is apparently in charge, on* _____, 20____, at _____ o'clock ___M.

**Service on Corporations, Limited Partnerships or Unincorporated Associations Subject to Suit Under a Common Name**

    (a)   *By delivering such true copy, personally and in person to* _____
_____, *who is a/the*
_____ *thereof; OR*

    (b)   *By leaving such true copy with* _____ ,
*the person who is apparently in charge of the office of* _____
_____ ,
*who is a/the* _____ *thereof;*

*at* _____ ,
*on* _____, 20____, at _____ o'clock ___M.

*DATED* _____, 20___.

_____
                                         SHERIFF
*By:*_____
                                         DEPUTY

    *I further certify that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.*

    *DATED* _____, 20_____.

_____
                                         SIGNATURE

_____
                                  TYPE OR PRINT NAME

_____
                                       ADDRESS

_____

_____
                                       PHONE

1

2

3

4                    IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                         FOR THE COUNTY OF WASHINGTON

6    CITY OF BEAVERTON, an Oregon
     municipal corporation,                              No. 20CV28918
7
                                   Plaintiff,      **ACCEPTANCE OF SERVICE**
8
            vs.
9
     COMCAST OF OREGON II, INC., an
10   Oregon corporation,
11                                 Defendant.

12          I, Mark P. Trinchero, one of the attorneys for defendant Comcast of Oregon II, Inc.

13   ("Comcast"), hereby acknowledge and accept service as of August 25, 2020 of true copies of

14   the original Summons and Complaint in this case on behalf of Comcast, and I hereby waive

15   on behalf of Comcast any and all irregularities regarding that service.

16          DATED this _31st_ day of August, 2020.

17

18                                 DAVIS WRIGHT TREMAINE LLP

19

20                                 By: _____
                                       Mark P. Trinchero, OSB #883221
21                                     marktrinchero@dwt.com
                                       Of Attorneys for Defendant
22   1038526

23

24

25

26

**Page    1 -    ACCEPTANCE OF SERVICE**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON  97201
(503) 295-3085
Fax:  (503) 323-9109

Skip to Main Content Logout My Account Search Menu Search Civil, Family, Probate and Tax Court Case Records Refine Search  Back

Location : Washington    Images Help

# REGISTER OF ACTIONS
## CASE NO. 20CV28918

| City of Beaverton vs Comcast of Oregon II, Inc. | § § § § § | Case Type: | **Contract** |
|---|---|---|---|
| | | Date Filed: | **08/20/2020** |
| | | Location: | **Washington** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | Comcast of Oregon II, Inc. | |
| **Plaintiff** | City of Beaverton | **Laura Renee Salerno Owens** |
| | | *Retained* |
| | | 503 295-3085(W) |
| | | |
| | | **ANNA MARIE JOYCE** |
| | | *Retained* |
| | | 503 295-3085(W) |
| | | |
| | | **Anthony Blake** |
| | | *Retained* |
| | | 503 295-3085 x213(W) |

---

### EVENTS & ORDERS OF THE COURT

| | | | |
|---|---|---|---|
| | **OTHER EVENTS AND HEARINGS** | | |
| 08/20/2020 | **Complaint** | | |
| | Created: 08/20/2020 4:56 PM | | |
| 08/20/2020 | **Service** | | |
| | Comcast of Oregon II, Inc. | Served | 08/31/2020 |
| | Created: 08/20/2020 4:56 PM | | |
| 09/01/2020 | **Proof - Service** | | |
| | Created: 09/02/2020 8:53 AM | | |
| 09/01/2020 | **Summons** | | |
| | Created: 09/02/2020 8:53 AM | | |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** City of Beaverton | | | |
| | Total Financial Assessment | | | 884.00 |
| | Total Payments and Credits | | | 884.00 |
| | **Balance Due as of 09/03/2020** | | | **0.00** |
| | | | | |
| 08/20/2020 | Transaction Assessment | | | 884.00 |
| 08/20/2020 | xWeb Accessed eFile | Receipt # 2020-515761 | City of Beaverton | (884.00) |

EXHIBIT 1, Page 13 of 13